AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Rafael Guzman

APPEARANCE

CASE NUMBER: 1:08-MJ-04M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Rafael Guzman

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/7/08 | [signature] |
| *Date* | *Signature* |
| | Scott A. Lutes — #3502 |
| | *Print Name* — *Bar Number* |
| | 1 Turks Head Place, Suite 1440 |
| | *Address* |
| | Providence — RI — 02903 |
| | *City* — *State* — *Zip Code* |
| | 861-1142 |
| | *Phone Number* — *Fax Number* |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.