**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND** | **:** | |
| **Vs.** | **:** | **08-MJ-04M** |
| **RAFAEL O. GUZMAN** | **:** | |

**MOTION TO WITHDRAW**

Now comes attorney Scott Lutes and hereby moves to withdraw as counsel for Rafael Guzman. In support of this motion counsel avers that a potential conflict of interest has arisen. Counsel avers that he believes it is in Mr. Guzman's best interest to withdraw from futher representation in order to avoid an actual conflict. For this reason, Mr. Guzman has retained alternate counsel, John MacDonald.

WHEREFORE, counsel respectfully prays that his motion to withdraw is granted.

RAFAEL GUZMAN,

By his attorney,

// Scott A. Lutes

Scott A. Lutes, R.I. Bar No. 3502

One Turks Head Place, Suite 1440

Providence, RI 02903

Telephone: (401) 861-1142

Facsimile: (401) 861-1141

**CERTIFICATION**

I hereby certify that I caused to be filed by utilizing the CM/ECF system a true and accurate copy of the within Motion to Withdraw to all parties of record, on this the 9th day of January, 2008.

// Scott A. Lutes