AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Rafael Guzman

APPEARANCE

CASE NUMBER: 1:08-MJ-04-M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Rafael Guzman

I certify that I am admitted to practice in this court.

1-10-08
*Date*

*Signature*

John MacDonald — 5368
*Print Name* — *Bar Number*

1440 Turks Head Place
*Address*

Providence — RI — 02903
*City* — *State* — *Zip Code*

421-1440 — 421-1442
*Phone Number* — *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.